**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Tomas J Murga, Sr.** | Case No. **15-31296** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

**A.** The Debtor's Plan Payment will be __**Variable Payments**__, paid by ☒ Pay Order or ☐ Direct Pay for __**59 months**__. The gross amount to be paid into the plan is __**$91,875.00**__.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**12%**__ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is __**$0.00**__.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Tomas J Murga, Sr.** | Case No. **15-31296** |
| **Julieta Zermeno Murga** | |
| Debtor(s) | Chapter 13 Proceeding |

☒ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas J Murga, Sr.**      Case No. **15-31296**
       **Julieta Zermeno Murga**
       Debtor(s)      Chapter 13 Proceeding

☑ *AMENDED*     ☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____      _____
Debtor      Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| El Paso Tax Assessor-Collector 3221 Destiny Point | Thru 2015 direct pay by escrow | $3,522.59 | |
| Rocky Mountain Mortgag 3221 Destiny Point | Direct pay by debtors | $134,540.87 | $1,263.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas J Murga, Sr.**　　　　　　　　　　　　　　　Case No. **15-31296**
**Julieta Zermeno Murga**
Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

## ☒ AMENDED ☐ MODIFIED
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

### 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Watson Law Firm, P.C. | $3,178.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $5,507.04 | Along With | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Rocky Mountain Mortgag 3221 Destiny Point | $20,161.25 | $1,314.13 | Pro-Rata | 5.25% | $22,863.79 | For arrearage |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Conns Credit Corp Furniture | $4,074.00 | $0.00 | Pro-Rata | 5.25% | $4,620.19 | Pay claim amount |
| Conns Credit Corp Furniture | $3,376.00 | $0.00 | Pro-Rata | 5.25% | $3,828.52 | Pay claim amount |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**  Case No. **15-31296**
**Julieta Zermeno Murga**
Debtor(s)  Chapter 13 Proceeding

☑ *AMENDED*   ☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

| | | | | | | |
|---|---|---|---|---|---|---|
| Conns Credit Corp<br>Furniture | $2,386.00 | $0.00 | Pro-Rata | 5.25% | $2,705.86 | Pay claim amount |
| Conns Credit Corp<br>Furniture | $2,086.00 | $0.00 | Pro-Rata | 5.25% | $2,365.58 | Pay claim amount |
| Conns Credit Corp<br>Furniture | $1,830.00 | $0.00 | Pro-Rata | 5.25% | $2,075.32 | Pay claim amount |
| Conns Credit Corp<br>Furniture | $1,440.00 | $0.00 | Pro-Rata | 5.25% | $1,633.04 | Pay claim amount |
| El Paso Area Tchrs Fcu<br>2011 Chevy Avalanche | $22,565.70 | $21,150.00 | Pro-Rata | 5.25% | $25,590.55 | Pay claim amount |
| Regional Fin<br>Furniture | $1,198.00 | $0.00 | Pro-Rata | 5.25% | $1,358.57 | Pay claim amount |
| Title Max<br>2006 Chevy Cobalt | $3,026.00 | $3,550.00 | Pro-Rata | 5.25% | $3,431.64 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**12%**___ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| Acs/panhandl | $0.00 | |
| Acs/panhandle Plains | $0.00 | |
| Afni, Inc. | $0.00 | |
| American Express | $0.00 | |
| Attorney General Child Support | $0.00 | |
| Bf F Elp Llc | $780.00 | |
| Calvary Portfolio Services | $0.00 | |
| Cap1/helzb | $0.00 | |
| Capital One | $0.00 | |
| Chase auto | $0.00 | |
| Chase Card | $0.00 | |
| Chevron Texaco/ Citicorp | $0.00 | |
| Citifinancial | $0.00 | |
| Cpu/citi | $0.00 | |
| Credit Management Lp | $0.00 | |
| Credit One Bank | $0.00 | |
| Dept Of Education/neln | $0.00 | |
| DSRM National Bank/Diamond Shamrock/Vale | $298.00 | |
| Evolve Federal Cu | $0.00 | |
| Financial Corporation Of America | $0.00 | |
| First Financial Bk Na | $204.00 | |
| Household Furniture | $0.00 | |
| HSBC Auto Finance / Santander | $0.00 | |
| Internal Revenue Service | $1,190.65 | |
| Lobel Financial Corp | $4,251.00 | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Tomas J Murga, Sr.**  Case No. **15-31296**
**Julieta Zermeno Murga**
Debtor(s)  Chapter 13 Proceeding

☒ *AMENDED*   ☐ *MODIFIED*
### DEBTOR(S)' CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

| Creditor | Amount |
|---|---:|
| Nelnet Lns | $0.00 |
| Onemain Fi | $8,473.00 |
| Panhandle Plains | $0.00 |
| Pinnacle Credit Servic | $1,397.00 |
| Portfolio Rc | $757.00 |
| Sams Club / GEMB | $0.00 |
| Seventh Avenue | $0.00 |
| Synchrony Bank/ Dillards | $0.00 |
| Target Credit Card (TC) | $0.00 |
| Tx Guar Std | $5,702.00 |
| Tx Guar Std | $5,546.00 |
| World Fin | $0.00 |
| World Finance | $656.69 |
| Zale/Sterling Jewelers | $0.00 |

**Totals:**

| | |
|---|---:|
| Administrative Claims | **$3,178.00** |
| Priority Claims | **$5,507.04** |
| Arrearage Claims | **$20,161.25** |
| Cure Claims | **$0.00** |
| Secured Claims | **$41,981.70** |
| Unsecured Claims | **$29,255.34** |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Agreed Orders**

Agreed Orders shall control in any conflict between Plan provisions and the provisions in the Agreed Orders.

**Disposable Earnings**

Pursuant to 11 U.S.C. § 1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan. The Debtor(s) agree to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing payout to unsecured creditors

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Tomas J Murga, Sr.**                                                   Case No.  **15-31296**
         **Julieta Zermeno Murga**
                      Debtor(s)                                                         Chapter 13 Proceeding

☒ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

**Authorization to send monthly bills**

Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, who receive monies as direct payments from Debtor(s) as a result of Debtor(s) election to pay such monies outside of the plan to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

**Certain Pre-Confirmation Disbursements**

If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors.  The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors.  Similarly, the funds scheduled to be received by such creditor along with other secured creditors on a pro-rata basis.

**Misfiled and Unfiled Creditors Paid Accordingly**

If any secured proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless, it is objected to.  Said claims shall be paid under the plan at 5.5% interest.  Likewise, if any priority proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to.  Said priority claim shall not be paid with any interest.

Respectfully submitted this date:  __**11/4/2015**_____.

                                                                          **/s/ Karla P. Griffin**
                                                                          Karla P. Griffin
                                                                          1123 E. Rio Grande
                                                                          El Paso, Texas 79902
                                                                          Phone: (915) 562-4357 / Fax: (866) 201-0967
                                                                          (Attorney for Debtor)

**/s/ Tomas J Murga, Sr.**                                  **/s/ Julieta Zermeno Murga**
Tomas J Murga, Sr.                                            Julieta Zermeno Murga
3221 Destiny Point                                            3221 Destiny Point
El Paso, TX 79938                                             El Paso, TX 79938
(Debtor)                                                      (Joint Debtor)

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**     CASE NO **15-31296**
     **Julieta Zermeno Murga**
     *Debtor(s)*     CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $1,175.00 | 21 | $1,585.00 | 41 | $1,585.00 |
| 2 | $1,175.00 | 22 | $1,585.00 | 42 | $1,585.00 |
| 3 | $1,175.00 | 23 | $1,585.00 | 43 | $1,585.00 |
| 4 | $1,175.00 | 24 | $1,585.00 | 44 | $1,585.00 |
| 5 | $1,585.00 | 25 | $1,585.00 | 45 | $1,585.00 |
| 6 | $1,585.00 | 26 | $1,585.00 | 46 | $1,585.00 |
| 7 | $1,585.00 | 27 | $1,585.00 | 47 | $1,585.00 |
| 8 | $1,585.00 | 28 | $1,585.00 | 48 | $1,585.00 |
| 9 | $1,585.00 | 29 | $1,585.00 | 49 | $1,585.00 |
| 10 | $1,585.00 | 30 | $1,585.00 | 50 | $1,585.00 |
| 11 | $1,585.00 | 31 | $1,585.00 | 51 | $1,585.00 |
| 12 | $1,585.00 | 32 | $1,585.00 | 52 | $1,585.00 |
| 13 | $1,585.00 | 33 | $1,585.00 | 53 | $1,585.00 |
| 14 | $1,585.00 | 34 | $1,585.00 | 54 | $1,585.00 |
| 15 | $1,585.00 | 35 | $1,585.00 | 55 | $1,585.00 |
| 16 | $1,585.00 | 36 | $1,585.00 | 56 | $1,585.00 |
| 17 | $1,585.00 | 37 | $1,585.00 | 57 | $1,585.00 |
| 18 | $1,585.00 | 38 | $1,585.00 | 58 | $1,585.00 |
| 19 | $1,585.00 | 39 | $1,585.00 | 59 | $1,585.00 |
| 20 | $1,585.00 | 40 | $1,585.00 | 60 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**  CASE NO. **15-31296**
*Debtor*

**Julieta Zermeno Murga**  CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 4, 2015, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Karla P. Griffin
Karla P. Griffin
Bar ID:24074659
Watson Law Firm, P.C.
1123 E. Rio Grande
El Paso, Texas 79902
(915) 562-4357

| | | |
|---|---|---|
| Acs/panhandl
xxxxxx8273
501 Bleecker St
Utica, NY 13501 | Attorney General Child Support
xxxxxx0251
Attn: Bankruptcy
PO Box 12017 Credit Group
Austin, TX 78711 | Capital One
xxxxxxxxxxxx0874
Po Box 5253
Carol Stream, IL 60197 |
| Acs/panhandle Plains
xxxxxx8272
501 Bleecker St
Utica, NY 13501 | Bf F Elp Llc
xxxxxxxx8439
424 N Yarborough
El Paso, TX 79915 | Chase auto
xxxxxxxx5817
Attn: National Bankruptcy Dept
PO Box 29505
Phoenix, AZ 85038 |
| Afni, Inc.
xxxxxx8827
Po Box 3097
Bloomington, IL 61702 | Calvary Portfolio Services
xxxx5785
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595 | Chase Card
xxxxxxxxxxxx6521
P.o. Box 15298
Wilmington, DE 19850 |
| American Express
xxxxxxxxxxxx0613
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355 | Cap1/helzb
xxxxxxxxxxxx3985
Po Box 30253
Salt Lake City, UT 84130 | Chevron Texaco/ Citicorp
xxxxxx6232
Citicorp Credit Svcs/Attn:Centralized Ba
PO Box 790328
Saint Louis, MO 63179 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**            CASE NO. **15-31296**
*Debtor*

**Julieta Zermeno Murga**            CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Citifinancial<br>xxxxxxxxxxxx2311<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Cpu/citi<br>xxxxx3033<br>Po Box 6497<br>Sioux Falls, SD 57117 | Evolve Federal Cu<br>xxxxxxx0001<br>8840 Gazelle Dr<br>El Paso, TX 79925 |
| Conns Credit Corp<br>xxxxx8831<br>Box 2358<br>Beaumont, TX 77704 | Credit Management Lp<br>xxxx5116<br>12990 Pandora Dr Ste 150<br>Dallas, TX 75238 | Financial Corporation Of America<br>xxxx5495<br>Attn: Bankruptcy<br>PO Box 203500<br>Austin, TX 78720 |
| Conns Credit Corp<br>xxxxx2732<br>Box 2358<br>Beaumont, TX 77704 | Credit One Bank<br>xxxxxxxxxxxx6076<br>PO Box 98873<br>Las Vegas, NV 89193 | First Financial Bk Na<br>xxxxxxx1806<br>400 Pine St<br>Abilene, TX 79601 |
| Conns Credit Corp<br>xxxxx8830<br>Box 2358<br>Beaumont, TX 77704 | Dept Of Education/neln<br>xxxxxxxxxxx4949<br>121 S 13th St<br>Lincoln, NE 68508 | Household Furniture<br>x3910<br>7601 N Loop Dr<br>El Paso, TX 79915 |
| Conns Credit Corp<br>xxxxx2730<br>Box 2358<br>Beaumont, TX 77704 | DSRM National Bank/Diamond Shamrock/Vale<br>xxxxxxxxxxx0000<br>PO Box 631<br>Amarillo, TX 79105 | HSBC Auto Finance / Santander<br>xxxxxxxxxx6986<br>Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161 |
| Conns Credit Corp<br>xxxxx2731<br>Box 2358<br>Beaumont, TX 77704 | El Paso Area Tchrs Fcu<br>xxxxxx0400<br>12020 Rojas Dr<br>El Paso, TX 79936 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Conns Credit Corp<br>xxxxx2733<br>Box 2358<br>Beaumont, TX 77704 | El Paso Tax Assessor-Collector<br>221 North Kansas Suite 300<br>El Paso, Texas 79901 | Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**                        CASE NO. **15-31296**
*Debtor*

**Julieta Zermeno Murga**                         CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

Lobel Financial Corp
xx1045
Attn: Bankruptcy
PO Box 3000
Anaheim, CA 92803

Rocky Mountain Mortgag
xxxxxx0908
2244 Trawood Dr
El Paso, TX 79935

Title Max
12496 Montana Ave
El Paso, TX 79938

Nelnet Lns
xxxxx5649
3015 S. Parker Rd, Ste 425
Aurora, CO 80014

Rocky Mountain Mortgag
2244 Trawood Dr
El Paso, TX 79935

Tomas J Murga, Sr.
3221 Destiny Point
El Paso, TX 79938

Onemain Fi
xxxxxxxxxxxx5393
6801 Colwell Blvd
Irving, TX 75039

Sams Club / GEMB
xxxxxxxxxxxx3137
Attention: Bankruptcy Department
PO box 103104
Roswell, GA 30076

Tx Guar Std
xxxxxxxxxxxxxxxx3502
TG/Attn. Bankruptcy Department
PO Box 659602
San Antonio, TX 78265

Panhandle Plains
xxx1739
1303 23rd Street
Canyon, TX 79015

Seventh Avenue
xxxxxxxxx163O
1112 7th Ave
Monroe, WI 53566

Tx Guar Std
xxxxxxxxxxxxxxxx3503
TG/Attn. Bankruptcy Department
PO Box 659602
San Antonio, TX 78265

Pinnacle Credit Servic
xxxx5003
Po Box 640
Hopkins, MN 55343

STUART C. COX
Standing Chapter 13 Trustee,
1760 North Lee Trevino Dr.
El Paso, TX 79936

US Attorney Office
Main Justice Building, Rm 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Portfolio Rc
xxxxxxxxxxxx1690
287 Independence
Virginia Beach, VA 23462

Synchrony Bank/ Dillards
xxxxxxxxxxxx7419
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

World Fin
xxxxxxx1901
World Acceptance Corp/Attn
Bankruptcy
PO Box 6429
Greenville, SC 29606

Regional Fin
xxxxxxx6801
1700 N Zaragoza Rd
El Paso, TX 79936

Target Credit Card (TC)
xxxxx6194
C/O Financial & Retail Services
Mailstop BT    P.O. Box 9475
Minneapolis, MN 55440

World Finance
7021 Alameda Ave Suite C
El Paso, TX 79915

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Tomas J Murga, Sr.**     CASE NO. **15-31296**
*Debtor*

**Julieta Zermeno Murga**     CHAPTER **13**
*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #3)

Zale/Sterling Jewelers
xxxxxxxxxxxx4653
Attn.: Bankruptcy
PO Box 1799
Akron, OH 43309